Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JUDGE DURKIN | Sitting Judge if Other than Assigned Judge | MAGISTRATE JUDGE VALDEZ |
|---|---|---|---|
| CASE NUMBER | 17 GJ 52 | DATE | 06 AUGUST 2020 |
| CASE TITLE | U.S. v. LOUIS PRESTA | | 20 CR 475 |

DOCKET ENTRY TEXT

### Grand Jury Proceeding

The Grand Jury for SPECIAL JANUARY 2020 the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _____

TO SET PRELIMINARY BAIL AT $25,000.00.

FILED

AUG 06 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                   UNDER SEAL)

Courtroom Deputy Initials: MA