# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS PRESTA,<br><br>Defendant. | Case No. 20 CR 475<br>Judge Thomas M. Durkin |

## ORDER

Change of plea hearing held by telephone on 11/17/2021. Defendant waives his right to appear in person and agrees to proceed by telephone. Defendant is informed of his rights. Defendant enters a plea of guilty to counts one (1) and six (6) of the indictment. Plea accepted, judgment of guilty entered. Case is referred to the Probation Office for a presentence investigation report. The Probation Office is directed to disclose its sentencing recommendation to the government and defense counsel. The presentence report is due by 1/19/2022. Sentencing memorandum and objections to the presentence report are due by 2/9/2022. Any responses are due by 2/16/2022. Defendant's current bond to stand. Sentencing is set for 2/23/2022 at 10:00 a.m. Counsel is to contact this Court's courtroom deputy well in advance of the sentencing, to advise as to whether the sentencing will be in person or by video.

Time (00:30)

Date: 11/17/2021                                              /s/ Thomas M. Durkin