**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                                              Case No.: 1:20−cr−00475
                                                                             Honorable Thomas M. Durkin

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 30, 2022:

       MINUTE entry before the Honorable Thomas M. Durkin: as to Louis Presta. Defendant's conditions of supervised release are amended as follows. Discretionary Condition #19 (home confinement): (a)(ii)(home detention) you are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court−ordered obligations; or other activities pre−approved by the probation officer. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.