# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

UNITED STATES OF AMERICA

                                        Plaintiff,

v.                                                                            Case No.: 1:20−cr−00475
                                                                             Honorable Thomas M. Durkin

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 3, 2023:

       MINUTE entry before the Honorable Thomas M. Durkin: as to Louis Presta. Defendant's unopposed motion for release of passport upon completion of term of supervision [97] is granted. Mr. Presta's passport is to be released to him upon satisfactory completion of his term of supervised release on April 18, 2023. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.